# MANUEL ALVAREZ

*v.*

# HERMINIO MADERA.

---

San Juan, Equity, No. 1091.

DOMICIL.

**Jurisdiction—Porto Rico—Domicil.**

The jurisdiction of this court as defined by Congress is different from that of the Federal district courts in the forty-eight states of the Union. Under the Organic Act of 1917, known as the Jones Bill, jurisdiction of this court depends upon diversity of domicil rather than diversity of citizenship. Where the defendant admits that he is a subject of Spain with his domicil in Porto Rico, but denies the claim of the complainant that the latter is domiciled in New York, a question of fact arises, with respect to which it is the duty of the court to receive evidence. Where the court finds that the allegations of the bill are true, it is its duty to take jurisdiction.

Opinion filed May 24, 1921.

---

*Mr. Molina* for plaintiff.

Alvarez v. Madera.

*Mr. Coll* for defendant.

ODLIN, Judge, delivered the following opinion:

The bill of complaint in this case alleged the complainant to be a citizen of the United States with his domicil in the city of New York, and also alleged that the defendant is a subject of the King of Spain with his domicil in San Juan. The answer admitted that the defendant was a subject of the King of Spain with his domicil in San Juan, but denied that the complainant was domiciled in the city of New York and alleged that the plaintiff has had his residence and domicil in San Juan for the past two years. Upon this question of fact the court took testimony this 24th day of May, 1921, and at the close of the testimony the court found that the allegations in paragraph 1 of the complaint were proven, and also held that this court does have jurisdiction of this action, to which ruling the defendant by his attorney excepts.

It is so ordered.